HOUSEHOLD FINANCE CORPORATION, PETITIONER, v. WARREN N. GAFFNEY, COMMISSIONER OF BANKING AND INSURANCE, RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 20 *N. J. Super.* 394.

*Messrs. Starr, Summerill & Davis* for the petitioner.

*Mr. Theodore D. Parsons* and *Mr. Oliver T. Somerville* for the respondent.

October 14, 1952. Granted.

PAUL MARTIN, ET ALS., PLAINTIFFS-PETITIONERS, v. JULIA MAZZIOTTI, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 20 *N. J. Super.* 503.

*Mr. Victor H. Miles* for the petitioners.

*Mr. Charles Blume* for the respondent.

October 27, 1952. Granted.